**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

IN RE: Kami H. Dayries          CASE NO. 09- 14065
                                                   Chapter 13

**ADDENDUM TO CHAPTER 13 PLAN - APPLICATION**
**FOR ATTORNEY'S FEES AND FOR REIMBUSEMENT OF ADVANCED COURT COSTS**
**AND NOTICE OF APPLICATION**

    Glay H. Collier, attorney for the debtors, hereby requests Court approval for advanced filing fees in the amount of **$00.00** and of attorney's fees and expenses in the amount of **$3,135.00**. The attorney's fee requested in this application includes charges for professional services and expenses in connection with this Chapter 13 proceeding. Debtor's attorney reserves the right to file a supplemental fee application for services exceeding the **$3,135.00.**
    The following is the actual time and expenses expended in connection with this chapter 13 proceeding. The hourly rate charged by Glay H. Collier, II is $250.00. Certified paralegals for the law firm bill at $75.00 per hour.

| TASK | TIME | AMOUNT |
|---|---|---|
| A. Initial consultation with client | 1.5 | $375.00 |
| B. Compiling/review information for schedules and plan | 1.5 | $375.00 |
| C. Calculating and drafting plan | 1.0 | $250.00 |
| D. Drafting schedules and plan (Paralegal) | 2.0 | $150.00 |
| E. Debt and asset verification | 2.0 | $500.00 |
| F. Meeting with client to review schedules and plan | 1.5 | $375.00 |
| G. Filing and scanning documents (Paralegal) | 1.0 | $75.00 |

**PROJECTED TASKS**

| | | |
|---|---|---|
| A. Representing client at 341 meeting | 1.0 | $250.00 |
| B. Mail and telephone conferences with trustee and creditors | .5 | $150.00 |
| C. Representing client at Confirmation hearing | 1.0 | $250.00 |
| D. Maintaining the file during plan period | .5 | $125.00 |
| E. Additional correspondence with the client and other parties | .5 | $125.00 |

_____

|  |  |  | **Subtotal:** | $3000.00 |

EXPENSES

```
(A)  Copies             100 @ .25        $       50.00
(B)  Postage                                      5.00
(C)  3 Credit Bureau Reports of Debtor(s)        30.00
(D)  Credit Counseling fee                       50.00
(E)  Debtor Education fee                        50.00
(F)  Advanced filing fee                        000.00
                                 Subtotal:      185.00
```

**ESTIMATED TOTAL ATTORNEY'S FEES AND EXPENSES: $3,185.00**

    The attorney's fees in this application do not reflect any charges for pre-confirmation or post-confirmation modifications to the Chapter 13 Plan or any fees or expenses after confirmation of the plan. Any additional fees, as they may arise for further services in connection with this Chapter 13 proceeding are charged on an hourly or additional fee basis as necessary, and will be itemized separately.

    NOTICE IS HEREBY GIVEN THAT Glay H. Collier, attorney for the debtors, request that **advanced court costs** of **$000.00** and **attorney's fees and costs** of **$3,135.00** be paid in full, in priority, pursuant to 11 U.S.C. Section 507, in the amount of **$3,135.00**. Applicant has received a pre-filing retainer of **$00.00,** thus, there is a balance due and hereby requested of **$3,135.00.** The attorney's fees herein exceed $500.00, thus, an application and hearing on said fees is required pursuant to Bankruptcy Rule 2002(a)(2). The hearing on this application shall be held in conjunction with, and at the date and time of, the confirmation hearing of the plan as set by this court.

    Objections to the foregoing application must be filed with the Clerk and served on the Trustee and debtor(s)' attorney at least five (5) days prior to the date set for the hearing on confirmation of the Chapter 13 Plan.

    Respectfully submitted this December 23, 2009.

                                     /s/ Glay H. Collier, II
                                     GLAY H. COLLIER, II Bar #18578
                                     MCBRIDE & COLLIER
                                     920 Pierremont, Suite 511
                                     Shreveport, LA  71106
                                     Phone:(318) 861-6866
                                     ATTORNEY FOR DEBTOR